**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-6456**

---

TOCCARA PULLER,

         Plaintiff - Appellant,

    v.

JUDGE FIORE,

         Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:25-cv-00542-JAG-MRC)

---

Submitted:  June 25, 2026                 Decided:  June 30, 2026

---

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Toccara Yvonne Puller, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toccara Puller seeks to appeal the district court's order dismissing with prejudice her 42 U.S.C. § 1983 complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on January 22, 2026, and the appeal period expired on February 23, 2026. *See* Fed. R. App. P. 26(a)(1)(C). Puller filed the notice of appeal, at the earliest, on April 5, 2026. Because Puller failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*